# United States Court of Appeals for the Fifth Circuit

No. 21-40525

United States of America,

*Plaintiff-Appellee*,

*versus*

Jose Villanueva-Cardenas,

*Defendant-Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:20-CR-2114-1

PUBLISHED ORDER ON REHEARING EN BANC

Before Graves, Ho, and Duncan, *Circuit Judges*.

Per Curiam:

At the request of one of its members, the court was polled on rehearing en banc. Because a majority of the judges in regular active service and not disqualified did not vote in favor, rehearing en banc is DENIED.

In the poll, 8 judges voted in favor of rehearing (Judges Jones, Smith, Willett, Ho, Duncan, Engelhardt, Oldham, and Wilson), and 8 judges voted

against rehearing (Chief Judge Richman and Judges Stewart, Elrod, Southwick, Haynes, Graves, Higginson, and Douglas).